**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ELICIA CUTSINGER,<br>  Plaintiff,<br><br>v.<br><br>GYRUS ACMI, INC., GYRUS ACMI, L.P.,<br>OLYMPUS CORPORATION OF THE AMERICAS,<br>and OLYMPUS AMERICA, | Cause No. 4:18-cv-00004<br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO WITHDRAW HER PENDING SECOND MOTION TO COMPEL & MEMORANDUM IN SUPPORT WITHOUT PREJUDICE TO REFILE**

  Plaintiff files this motion to withdraw her pending motion to compel and shows the Court as follows:

  1. On October 30, 2018 Plaintiff filed a second motion to compel the production of documents with a memorandum in support. [*See* ECF Doc. No. 73 and 74].

  2. On November 2, 2018 Plaintiff's Counsel received a communication from Defense Counsel stating they will agree to produce the requested risk analyses documents and corresponding excel files.

  3. Based on the representations of Defendants regarding the production, counsel for Plaintiff agreed to withdraw the pending motion to compel without prejudice to refile.

  Plaintiff requests the Court withdraw the pending Second motion to compel and memorandum in support without prejudice to refile and remove the motion from the Court's motion docket.

Respectfully submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**
Mark R. Niemeyer
#42437MO
Michael S. Kruse
#57818MO
10 S. Broadway, Suite 1125
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com


AND

**TRACEY & FOX LAW FIRM**

*/s/ Clint Casperson*
Clinton Casperson (*Admitted Pro Hac Vice*)
State Bar No. 24075561
ccasperson@traceylawfirm.com
440 Louisiana, Suite 1901
Houston, Texas 77002
713-495-2333 Telephone
866-709-2333 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing *Plaintiff's Motion to Withdraw her pending Second* **Compel [ECF Doc. # 73 and # 74] Without Prejudice To Refile** was filed via the Court's electronic filing system on this 5th day of November, 2018, to be served by operation of the electronic filing system on all ECF-registered counsel of record.

Mark R. Neimeyer
Michael S. Kruse
10 S. Broadway, Suite 1125
St. Louis, MO 63102
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com
*Co-Counsel for Plaintiff*

Candance Ali Blydenburgh
cblydenburgh@mcguirewoods.com
McGuire Woods LLP
Gateway Plaza
800 E. Canal Street
Richmond, VA 23219
*Counsel for Defendants*

Joan S. Dinsmore
jdinsmore@mcguirewoods.com
McGuire Woods LLP
434 Fayetteville St., Suite 2600
Raleigh, NC 27601
*Counsel for Defendants*

Melissa Merlin
Melissa.merlin@huschblackwell.com
Catherine M. Dickenson
Kate.Dickenson@huschblackwell.com
Husch Blackwell, LLP
190 St. Louis, MO 63105
*Counsel for Defendants*

                                             */s/ Clint Casperson*
                                             Clint Casperson